THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 18, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
James M. Hanna and Sara K. Hanna

Debtors.

Chapter: 13

Case No. 14-33302-gmh

**ORDER REGARDING STIPULATION BY AND BETWEEN DEBTORS AND WESTVUE NPL TRUST II RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the stipulation by and between the debtor(s) and WestVue NPL Trust II (hereinafter "the movant") with respect to the property located at 204 Emerald Dr, Reeseville, WI 53579-9683, the motion shall be denied subject to the following terms and conditions,

IT IS HEREBY ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of February 2016 in the amount of $7,546.01.

The arrearage is itemized as follows:

| | |
|---|---:|
| 8/15 through 10/15 | $2,843.40 |
| 3 mortgage payments @ $947.80 | |
| 11/1/15 through 2/1/16 | 3,826.20 |
| 4 mortgage payments @ $956.55 | |
| Accumulated Late Charges | 332.61 |
| Credits / Suspense | (432.20) |
| Attorney Fees and Costs | 976.00 |
| TOTAL ARREARAGE | $7,546.01 |

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

IT IS FURTHER ORDERED that commencing in March 2016 through and including August 2016, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in September 2016, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that the debtors shall voluntarily increase the plan payments to the trustee as necessary to pay the supplemental claim and ensure that the plan is adequately funded and remains feasible.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $956.55 and payments shall be made to the movant at FCI Lender Services, 8180 East Kaiser Boulevard Anaheim Hills, CA 92808.

#####